# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOE FISK,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN P. SULLIVAN, TRUSTEE SULLIVAN TRUST; SECHLET ASSOCIATES, L.P., A California Limited Partnership; ROD FRASER ENTERPRISES, INC., A California Corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. SACV10-1587-CJC (RZx)<br>[8:10-cv-01587-CJC-RZ]<br><br>**ORDER FOR DISMISSAL**<br><br>Judge:  Hon. Cormac J. Carney<br>Courtroom:  9B |

Having read the Stipulation for Dismissal and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The Court shall retain jurisdiction to enforce the terms of the settlement.

DATED: November 28, 2011_

_____
HONORABLE CORMAC J. CARNEY
United States District Court Judge